☒ FILED  ☐ LODGED

**Aug 22 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sydney.Yew@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 25-06341MJ |
|---|---|
| Plaintiff, | CR-25-01165-PHX-ASB |
| v. | **I N F O R M A T I O N** |
| Edgar Pedro Hernandez, | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i)<br>(Transportation of an Illegal Alien for Profit)<br>Count 1 |
| Defendant. | 18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT 1**

On or about July 30, 2025, in the District of Arizona, the defendant, EDGAR PEDRO HERNANDEZ, knowing and in reckless disregard of the fact that certain aliens, Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

**COUNT 2**

Beginning on an unknown date and continuing up to and including July 30, 2025, in the District of Arizona and elsewhere, defendant EDGAR PEDRO HERNANDEZ did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before July 30, 2025, unknown co-conspirators in Mexico brought Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota to the Mexican border with the United States, with the purpose that Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota would enter the United States, knowing and in reckless disregard of the fact that Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about July 30, 2025, defendant EDGAR PEDRO HERNANDEZ transported Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota in a vehicle within the District of Arizona to facilitate Jose Alvaro Castillo-Renteria and Jose Trinidad Avila-Cota's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 6th day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Sydney Yew*

SYDNEY YEW
Special Assistant U.S. Attorney